CAUSE NOS. 12-2-26381-A. COA.No. 13-12-00775-CR
PD-0978-14

THE STATE OF TEXAS    §    COURT OF CRIMINAL APPEALS
                      §
V.                    §         OF TEXAS
                      §
ANTONIO DELEON III,   §    AUSTIN, TEXAS
                      §
                      §

## PETITIONER'S MOTION FOR REHEARING
## ON PETITIONER'S PETITION FOR DISCRECTIONARY

TO: THE HONORABLE JUDGE OF SAID COURT

COMES NOW ANTONIO DELEON III #1827532 whos the Pro Se Petitioner in the above styled, and cause nos. hereby submit Petitioner's motion for a Rehearing on Petitioner's P.D.R. Which was refused on October 22, 2014. Petitioner request for the court of criminal Appeal to reconsider the court's ruling, and review the facts, witnesses testimony[s], and cited case Laws presented in Petitioner's Petition Discrectionary. The cited case Laws, Exhibits, and the record based testimony will show a denial of constitutional rights under state, and federal Laws, which show Petitioner was denied a fair trial. by GRANTING this motion justice will be served.

### JURISDICTION

This court has jurisdiction of the subject matter pursuant to Rule of App. Pro. and Rules of state court.

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 16 2015

Abel Acosta, Clerk

## PRAYER

WHEREFORE Petitioner Pray, that the Honorable court GRANT Petitioner's motion in this cause.

Executed on the 7th day of September 2015.

Sincerely,

Antonio DeLeon III
Pro-Se,

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing pleadings was mailed to court of criminal Appeals of Texas Austin, Texas and State's Prosecution Attorney at P.O. Box 12548 Austin, Texas 78711 on the 7th day of September 20 15. by placing a copy of the said motion in the U.S. mail at mark Stiles Unit 3060 Fm 3514 Beaumont, Tx. 77705

Sincerely,

Antonio DeLeon III
T.D.C.#1827532
mark W. Stiles Unit
3060 F.M. 3514
Beaumont, TX. 77705

CAUSE NOS. 12-2-26381-A COA-13-12-00775-CR

PD-0978-14

THE STATE OF TEXAS,　　　§　　COURT OF CRIMINAL APPEALS

v.　　　　　　　　　　　　§　　　　　OF TEXAS

ANTONIO DELEON III,　　　§　　　AUSTIN, TEXAS
　　　　　　　　　　　　　§
　　　　　　　　　　　　　§

## ORDER

ON THIS THE ___ DAY OF _____ 20___ came to be Petitioner's motion for Rehearing on Petitioner's Petition for Discrectionary Review. After reviewing the Parties Pleading in the instant motion.

IT IS ORDERED, ADJUNGE, and DECREED that all Pleading is hereby GRANTED _____ or DENIED _____ ON this the ___ day of _____ 20___.

_____
Presiding Judge.